Submitted on record and briefs October 3, 2003, reversed January 7, 2004

In the Matter of Cameron Medley,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## CAMERON MEDLEY,
*Appellant.*

M030110; A120651

82 P3d 641

Gay Canaday filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, field the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of an order committing him to the custody of the Mental Health Division. He contends that the evidence is insufficient to establish the basis for the order, namely, that he is presently unable to provide for his own basic needs because of a mental disorder. ORS 426.005(1)(d)(B). The state concedes that the evidence is insufficient. We accept the concession.

Reversed.